IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

KYLE S. GRISHAM,                    )
                                    )
          Plaintiff,                )
                                    )
v.                                  )          Case No. 2:20-cv-00004
                                    )          Chief Judge Crenshaw
NYRSTAR GORDONSVILLE LLC,           )          Magistrate Judge Newbern
                                    )          (Jury Demand)
          Defendant.                )

PLAINTIFF'S MOTION TO AMEND COMPLAINT

COMES NOW the plaintiff Kyle S. Grisham ("Grisham"), pursuant to Rule 15(c)(1)(C) of the Federal Rules of Civil Procedure and submits this Motion to Amend Complaint and in support, states the following:

1.    In the Complaint, plaintiff identified defendant as Nyrstar Gordonsville, LLC. In its Answer, the defendant states that its correct name is Nyrstar Tennessee Mines-Gordonsville LLC. (DE # 13).

2.    Defendant was timely served with the Complaint in compliance with Federal Rule of Civil Procedure, Rule 4(m).  At the time of service of the Complaint, defendant knew that but for its mistaken identity this action would have been filed against it. Granting of this Motion will not prejudice defendant.

3.    Plaintiff requests to amend the Complaint to correctly identify the defendant as Nyrstar Tennessee Mines-Gordonsville, LLC. No other amendments to the Complaint are requested. A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

4.    Defendant does not oppose this Motion to Amend Complaint and the relief requested herein.

Wherefore, plaintiff requests this Court to grant its Motion to Amend pursuant to Rule 15(c)(1)(c) allowing plaintiff to substitute Nyrstar Tennessee Mines-Gordonsville LLC for the incorrectly named defendant NYRSTAR GORDONSVILLE LLC, and for same to relate back to the date of filing of the Complaint, January 22, 2020. Plaintiff requests this Court to grant such other and further legal and equitable to relief to which he is entitled and/or the Court deems proper.

Respectfully submitted,

/s/  Cynthia A. Wilson
Cynthia A. Wilson (#13145)
Madewell, Jared, Halfacre,
Williams & Wilson
230 N. Washington Ave.
Cookeville, TN 38501
Phone: (931) 526-6101
Fax: (931) 528-1909
Email: cynthia@madewelljared.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that a true and exact copy of the foregoing document has been sent via the Court's ECF system, email, fax and/or by United States Mail, postage pre-paid to ensure proper delivery to P. Maxwell Smith and Mark E. Stamelos, 150 Third Ave. South, Ste. 2010, Nashville, TN 37201, msmith@fordharrison.com and mstamelos@fordharrison.com, this 14th day of April, 2020.

/s/ Cynthia A. Wilson
Cynthia A. Wilson

2