UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| KYLE S. GRISHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 2:20-cv-00004 |
| NYRSTAR TENNESSEE MINES-GORDONSVILLE LLC, | ) | |
| Defendant. | ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal Without Prejudice (Doc. No. 26). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE